I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-26-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORWOOD W. HURST,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. EDCV 13-0421-JPR<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Opinion and Order Granting Motion to Dismiss and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 26, 2013

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY